1  Bradley T. Austin, Esq.
   Nevada Bar No. 13064
2  SNELL & WILMER LLP
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: baustin@swlaw.com

*Attorney for Defendant Britney Gaitan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| WAYAN GARVEY, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,<br><br>Defendants. | Case No. 2:23-cv-00920-APG-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT BRITNEY GAITAN TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |
|---|---|

Defendant Britney Gaitan ("Defendant"), by and through her counsel of record, Snell & Wilmer LLP, requests an extension of time through and including August 14, 2023 to answer, move, or otherwise respond Plaintiff Wayan Garvey's ("Plaintiff") Complaint [ECF No. 1]. Plaintiff's counsel has advised that Plaintiff does not oppose this extension and/or motion. Good cause exists to extend the same, as counsel for Defendant was only recently retained and the extension will provide sufficient time to evaluate the case, prepare a response, and facilitate preliminary settlement discussions with Plaintiff.

/ / /

/ / /

For the foregoing reasons, Defendant respectfully requests that the Court grant this unopposed motion. This motion is filed in good faith and not intended to cause delay.

DATED: July 10, 2023                                    SNELL & WILMER L.L.P.

By: /s/ *Bradley Austin*
Bradley T. Austin, Esq.
Nevada Bar No. 13064
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorney for Defendant Britney Gaitan*

**ORDER**

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 11, 2023

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                           */s/ Lyndsey Luxford*
                                     An employee of SNELL & WILMER L.L.P.

4865-7148-9135

- 3 -