Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Eric D. Walther, Esq.
Nevada Bar No. 13611
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
ewalther@bhfs.com

*Attorneys for Britney Gaitan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,<br><br>Defendants. | Case No.  2:23-cv-00920-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

## STIPULATION

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Defendant Britney Gaitan and Plaintiff Wayan Garvey ("Plaintiff") hereby stipulated and agreed as follows:

1. Plaintiff commenced this action on June 12, 2023.  ECF No. 1.

2. On July 10, 2023, Bradley Austin, Esq. of Snell & Wilmer appeared for Ms. Gaitan and filed an Unopposed Motion for Extension of Time for Ms. Gaitan to Respond to the Complaint ("First Extension Request").  ECF No. 11.

3. On July 11, 2023, the First Extension Request was granted, thereby making Ms. Gaitan's deadline to respond to the complaint August 14, 2023.  ECF 12.

4. On August 3, 2023, Patrick J. Reilly, Esq. and Eric D. Walther, Esq. of Brownstein Hyatt Farber Schreck, LLP (collectively, "New Counsel") substituted into this case to replace Snell

25931553.1

& Wilmer as counsel for Ms. Gaitan.  ECF 15.

5.  Because New Counsel has only recently joined the case, there is good cause to extend Ms. Gaitan's deadline to respond to the complaint.  A second extension will allow sufficient time for New Counsel to evaluate the case, prepare a response, and facilitate preliminary settlement discussions with Plaintiff.

6.  Ms. Gaitan shall have up to and including September 13, 2023, to answer or otherwise plead in response to the complaint.

7.  This is the second request for an extension of any deadline in this case.  The requested extension is not intended to cause any delay or to prejudice any party.

| CRAIG K. PERRY & ASSOCIATES | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ Craig P. Perry<br>CRAIG P. PERRY, ESQ.<br>Nevada Bar No. 3786<br>2300 W. Sahara Ave., #800<br>Las Vegas, NV 89102 | By: Eric D. Walther<br>PATRICK J. REILLY, ESQ.<br>Nevada Bar No. 6103<br>ERIC D. WALTHER, ESQ.<br>Nevada Bar No. 13611<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV  89106-4614 |
| ERIC H. WEITZ, ESQ.<br>*Pro Hac Vice Forthcoming*<br>MAX S. MORGAN, ESQ.<br>*Admitted Pro Hac Vice*<br>THE WEITZ FIRM, LLC<br>1515 Market Street, #1100<br>Philadelphia, PA 19102 | *Attorneys for Britney Gaitan* |

CHRIS R. MILTENBERGER, ESQUIRE
*Pro Hac Vice Forthcoming*
THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: 8/9/2023

_____
DANIEL J. ALBREGTS
UNTIED STATES MAGISTRATE JUDGE

- 2 -

25931553.1