# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WAYAN GARVEY, *on behalf of himself and all others similarly situated,*

                        Plaintiff,

              v.

KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,

                        Defendants.

Case No.:   2:23-cv-00920-APG-DJA

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS KELLER WILLIAMS TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[FIRST REQUEST]**

    Plaintiff WAYAN GARVEY ("Plaintiff") by and through his counsel Craig K. Perry, Esq. of CRAIG K. PERRY & ASSOCIATES, Chris R. Miltenberger, Esq. of THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC, and Eric H. Weitz, Esq. and Max S. Morgan, Esq. of THE WEITZ FIRM LLC, and Defendant KELLER WILLIAMS REALTY, INC., by and through its counsel Michael Ayers, Esq., Clark Vellis, Esq. and Najum Anwar, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. ("Defendant KELLER WILLIAMS"), hereby stipulate as follows:

    1.    On June 12, 2023, Plaintiff filed the Complaint – Class Action (the "Complaint") in the United States District Court, District of Nevada (ECF No. 1).

    2.    Defendant KELLER WILLIAMS was served with the Summons and Complaint on June 15, 2023 (ECF No. 10).

    3.    Defendant KELLER WILLIAMS was required to file a responsive pleading to the Complaint within twenty-one (21) days of its service thereof, i.e., July 6, 2022.

    4.    Counsel for Defendant KELLER WILLIAMS was only just retained by Defendant KELLER WILLIAMS on August 15, 2023.

5.      Counsel for Defendant KELLER WILLIAMS contacted counsel for Plaintiff and informed them that his firm had only just been assigned the defense of this matter and that his firm requires additional time within which to review this matter and formulate its defense.

6.      Accordingly, Plaintiff and Defendant KELLER WILLIAMS hereby stipulate to extend Defendant KELLER WILLIAMS' deadline to file its responsive pleading in this matter until and including September 13, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT KELLER WILLIAMS TO RESPOND TO PLAINTIFF'S COMPLAINT - 2

This is the first stipulation for extension of time for Defendant KELLER WILLIAMS to respond to Plaintiff's Complaint (ECF No. 1) and is being made in good faith and not for the purpose of undue delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 17th day of August, 2023.          DATED this 17th day of August, 2023.

**CRAIG K. PERRY & ASSOCIATES**          **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**


By:  */s/ Craig K. Perry*                      By:  */s/ Michael Ayers*
    Craig K. Perry, Esq.                          Michael Ayers, Esq.
    Nevada Bar No. 3786                          Nevada Bar No. 10851
    2300 W. Sahara Ave., #800                     Clark Vellis, Esq.
    Las Vegas, NV 89102                          Nevada Bar No. 5533
    Tele:  702-228-4777                          Najum Anwar, Esq.
    *Attorneys for Plaintiff'*                    Nevada Bar No. 15494
    *WAYAN GARVEY*                               200 S. Virginia St., 8th Fl.
                                                 Reno, NV 89501
                                                 Tele:  775-322-4697
                                                 *Attorneys for Defendant*
                                                 *KELLER WILLIAMS REALTY, INC.*

## ORDER

The Stipulation to Extend Deadline for Defendant KELLER WILLIAMS to Respond to Plaintiff's Complaint up to and including September 13, 2023, is so ORDERED AND ADJUDGED.

DATED:  _____August 23_____, 2023

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System and through that service, a copy was sent with e-notice to all parties.

  Dated:  August _____, 2023

               */s/ Christine L. Miller*
               An Employee of QUINTAIROS,
               PRIETO, WOOD & BOYER, P.A.