1
2
3
4

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,<br><br>Defendants. | Case No.:   2:23-cv-00920-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS KELLER WILLIAMS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND PLAINTIFF'S RESPONSE TO MOTIONS TO DISMISS**<br><br>**[FIRST REQUEST AS TO THE AMENDED COMPLAINT]** |

## <u>STIPULATION</u>

Plaintiff WAYAN GARVEY ("Plaintiff") by and through his counsel Craig K. Perry, Esq. of CRAIG K. PERRY & ASSOCIATES, Chris R. Miltenberger, Esq. of THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC, and Eric H. Weitz, Esq. and Max S. Morgan, Esq. of THE WEITZ FIRM LLC, Defendant KELLER WILLIAMS REALTY, INC., by and through its counsel Michael Ayers, Esq., Clark Vellis, Esq. and Lauren Calvert, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. ("Defendant KELLER WILLIAMS"), and Defendant BRITNEY GAITAN ("Defendant GAITAN"), by and through her counsel Patrick J. Reilly, Esq. of BROWNSTEIN HYATT FARBER SCHRECK, LLP, hereby stipulate as follows:

1.      On June 12, 2023, Plaintiff filed the Complaint – Class Action (the "Complaint") in the United States District Court, District of Nevada (ECF No. 1).

2.      Defendant KELLER WILLIAMS was served with the Summons and Complaint on June 15, 2023 (ECF No. 10).

3.      Defendant KELLER WILLIAMS was required to file a responsive pleading to the Complaint within twenty-one (21) days of its service thereof, i.e., July 6, 2022.

4.      Counsel for Defendant KELLER WILLIAMS was only just retained by Defendant KELLER WILLIAMS on August 15, 2023.

5.      Counsel for Defendant KELLER WILLIAMS contacted counsel for Plaintiff and informed them that his firm had only just been assigned the defense of this matter on August 15, 2023, and that his firm required additional time within which to review this matter and formulate its defense.

6.      The first stipulation for extension of time was granted by this Court on August 23, 2023 (ECF No. 21).

7.      Counsel for Defendant KELLER WILLIAMS contacted counsel for Plaintiff again and informed him that he would be requesting *pro hac vice* admission for Chicago co-counsel to appear, and requested additional time to file a responsive pleading in order to accomplish that request for admission.

6.      The second stipulation for extension of time was granted by this Court on September 11, 1023 (ECF No. 23) granting Defendant KELLER WILLIAMS until September 27, 2023, to respond to Plaintiff's Complaint (ECF No. 1).

7.      Defendant GAITAN filed a Motion to Dismiss (ECF No. 24) on September 13, 2023.

8.      On September 14, 2023, Plaintiff filed a First Amended Complaint (ECF No. 25), with a responsive pleading due date for all parties on September 28, 2023.

9.      On September 19, 2023, Defendant GAITAN filed her Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 28), and Plaintiff's response to that Motion is due October 3, 2023.

10.     KELLER WILLIAMS anticipates it will be filing a dispositive motion in response to the First Amended Complaint.  However, its local counsel will be out of the office

for a planned trip when the current responsive pleading is due (and a few days the following week) and has requested an extension.

10.     In the interests of judicial economy, the parties have agreed on a briefing schedule where Plaintiff's opposition briefs to the pending Motion to Dismiss Amended Complaint (ECF No. 28) and KELLER WILLIAMS' anticipated dispositive motion be filed on the same date;

11.     Accordingly, Plaintiff and Defendants hereby agree to the following briefing schedule:

  a. Defendant KELLER WILLIAMS' deadline to file its responsive pleading to the First Amended Complaint (ECF No. 25) shall be extended until and including October 5, 2023;

  b. Plaintiff WAYAN GARVEY shall respond to Defendant GAITAN's Motion to Dismiss Plaintiff's Amended Complaint on or before October 23, 2023; and

  c. Plaintiff WAYAN GARVEY shall respond to Defendant KELLER WILLIAMS' responsive pleading to the First Amended Complaint on or before October 23, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    12.    This is a first request for extension of time and is being made in good faith and

2  not for the purpose of undue delay.

3    **IT IS SO STIPULATED.**

4  DATED this 28th day of September, 2023.    DATED this 28th day of September, 2023.

5  **CRAIG K. PERRY & ASSOCIATES**    **QUINTAIROS, PRIETO, WOOD &**

6                                          **BOYER, P.A.**

7  By:  */s/ Craig K. Perry*    By:  */s/ Michael Ayers*

8        Craig K. Perry, Esq.        Michael Ayers, Esq.

9        Nevada Bar No. 3786        Nevada Bar No. 10851
        2300 W. Sahara Ave., #800        Clark Vellis, Esq.

10        Las Vegas, NV 89102        Nevada Bar No. 5533
        Tele:  702-228-4777        Lauren Calvert, Esq.

11        *Attorneys for Plaintiff'*        Nevada Bar No. 10534
        *WAYAN GARVEY*        200 S. Virginia St., 8th Fl.

12                                          Reno, NV 89501
                                          Tele:  775-322-4697

13                                          *Attorneys for Defendant*
                                          *KELLER WILLIAMS REALTY, INC.*

14
  DATED this 28th day of September, 2023.

15  **BROWNSTEIN HYATT FARBER**

16  **SCHRECK, LLP**

17
  By:  */s/ Patrick J. Reilly*

18        Patrick J. Reilly
        Nevada Bar No. 6103

19        100 N. City Pkwy., Ste. 1600
        Las Vegas, NV 89106

20        Tele:  702-464-7033

21        *Attorneys for Defendant*
        *BRITNEY GAITAN*

22

23    **<u>ORDER</u>**

24    The foregoing stipulation is hereby approved, with the following deadlines:

25    1.    Defendant KELLER WILLIAMS shall respond to Plaintiff's First Amended

26  Complaint on or before October 5, 2023;

27

28

2.      Plaintiff WAYAN GARVEY shall respond to Defendant GAITAN's Motion to Dismiss Plaintiff's Amended Complaint on or before October 23, 2023; and

3.      Plaintiff WAYAN GARVEY shall respond to Defendant KELLER WILLIAMS' responsive pleading to the First Amended Complaint on or before October 23, 2023.

IT IS SO ORDERED:

Dated: ___9/29/2023_____      _____

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FIRST STIPULATION TO EXTEND DEADLINE FOR DEFENDANT KELLER WILLIAMS TO RESPOND TO PLAINTIFF'S FIRST
AMENDED COMPLAINT AND PLAINTIFF TO RESPOND TO MOTIONS TO DISMISS - 6