# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,<br><br>Defendants. | Case No.:   2:23-cv-00920-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' RESPECTIVE MOTIONS TO DISMISS (ECF Nos. 28 and 32)**<br><br>**(First Request)** |

## STIPULATION

Plaintiff WAYAN GARVEY ("Plaintiff") by and through his counsel Craig K. Perry, Esq. of CRAIG K. PERRY & ASSOCIATES, Chris R. Miltenberger, Esq. of THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC, and Eric H. Weitz, Esq. and Max S. Morgan, Esq. of THE WEITZ FIRM LLC, Defendant KELLER WILLIAMS REALTY, INC., by and through its counsel Michael Ayers, Esq., Clark Vellis, Esq. and Lauren Calvert, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. ("Defendant KELLER WILLIAMS"), and Defendant BRITNEY GAITAN ("Defendant GAITAN"), by and through her counsel Patrick J. Reilly, Esq. of BROWNSTEIN HYATT FARBER SCHRECK, LLP, hereby stipulate as follows:

1. On June 12, 2023, Plaintiff filed the Complaint – Class Action (the "Complaint") in the United States District Court, District of Nevada (ECF No. 1).

2. On September 14, 2023, Plaintiff filed a First Amended Complaint (ECF No. 25), with a responsive pleading due date for all parties on September 28, 2023.

3. On September 19, 2023, Defendant GAITAN filed a Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 28).

STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO MOTIONS TO DISMISS - 1

4. On October 5, 2013, KELLER WILLIAMS filed a Motion to Dismiss the Amended Complaint (ECF No. 32).

5. The parties agreed on a combined briefing schedule where Plaintiff's opposition briefs to the Motion to Dismiss Amended Complaint (ECF No. 28) and KELLER WILLIAMS' Motion to Dismiss (ECF No. 32) be filed on October 23, 2023).  The Court granted that motion/stipulation (ECF No. 30) on September 29, 2023.

6. Plaintiff now requests an additional 14 days to file his responses.  This request is necessitated by the scheduling needs of Plaintiff's counsel. Defendants agree to this request.

7. Accordingly, Plaintiff and Defendants hereby agree to the following briefing schedule:

    a. Plaintiff WAYAN GARVEY shall respond to Defendant GAITAN's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 28) on or before November 6, 2023; and

    B. Plaintiff WAYAN GARVEY shall respond to Defendant KELLER WILLIAMS' Motion to Dismiss the First Amended Complaint (ECF No. 32) on or before November 6, 2023.

8. This is the first request for extension of time as to the October 23 response deadline and is being made in good faith and not for the purpose of undue delay.

**IT IS SO STIPULATED.**

DATED this 19th day of October, 2023.　　　DATED this 19th day of October, 2023.

**CRAIG K. PERRY & ASSOCIATES**　　　**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: */s/ Craig K. Perry*
    Craig K. Perry, Esq.
    Nevada Bar No. 3786
    2300 W. Sahara Ave., #800
    Las Vegas, NV 89102
    Tele: 702-228-4777
    *Attorneys for Plaintiff"*
    *WAYAN GARVEY*

By: */s/ Michael Ayers*
    Michael Ayers, Esq.
    Nevada Bar No. 10851
    Clark Vellis, Esq.
    Nevada Bar No. 5533
    Lauren Calvert, Esq.
    Nevada Bar No. 10534
    200 S. Virginia St., 8th Fl.
    Reno, NV 89501

Tele: 775-322-4697
*Attorneys for Defendant*
*KELLER WILLIAMS REALTY, INC.*

DATED this 19th day of October, 2023.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Patrick J. Reilly*
   Patrick J. Reilly
   Nevada Bar No. 6103

   100 N. City Pkwy., Ste. 1600
   Las Vegas, NV 89106
   Tele: 702-464-7033
   *Attorneys for Defendant*
   *BRITNEY GAITAN*

## ORDER

The foregoing stipulation is hereby approved, with the following deadlines:

1. Plaintiff WAYAN GARVEY shall respond to Defendant GAITAN's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 28) on or before November 6, 2023; and

2. Plaintiff WAYAN GARVEY shall respond to Defendant KELLER WILLIAMS' Motion to Dismiss the First Amended Complaint (ECF No. 32) on or before November 6, 2023.

GOOD CAUSE APPEARING THEREFORE, it is so ORDERED AND ADJUDGED. DATED:   October 20, 2023

_____
UNITED STATES DISTRICT JUDGE