# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, | Case No.: 2:23-cv-00920-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN, | |
| Defendants | |

On June 13, 2023, the court directed plaintiff's attorneys Chris Miltenberger and Eric Weitz to complete and file verified petitions to practice in this court. ECF No. 6. Miltenberger and Weitz have not done so.

I THEREFORE ORDER that Miltenberger and Weitz are not permitted to file any papers or otherwise participate in this case.

DATED this 23rd day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE