Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Eric D. Walther, Esq.
Nevada Bar No. 13611
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
ewalther@bhfs.com

*Attorneys for Britney Gaitan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,<br><br>Defendants. | Case No. 2:23-cv-00920-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR MS. GAITAN TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(First Request)** |

## STIPULATION

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Defendant Britney Gaitan and Plaintiff Wayan Garvey ("Plaintiff") hereby stipulated and agreed as follows:

1. Plaintiff commenced this action on June 12, 2023. ECF No. 1.

2. On September 14, 2023, Plaintiff filed an amended complaint. ECF No. 25

3. On September 19, 2023, Ms. Gaitan moved to dismiss Plaintiff's amended complaint. ECF No. 28.

4. On April 26, 2024, the Court denied Ms. Gaitan's motion to dismiss the amended complaint. ECF No. 49.

5. Due to the travel plans of Ms. Gaitan's counsel, the parties agree that Ms. Gaitan shall have up to and including May 31, 2024, to answer the amended complaint.

28399239.1

1    6.   This is the first time Ms. Gaitan has requested an extension to respond to Plaintiff's amended complaint. Ms. Gaitan was granted two prior extensions to respond to Plaintiff's original complaint prior to Plaintiff filing his amended complaint. ECF No. 18; ECF No. 12.

    7.   The requested extension is not intended to cause any delay or to prejudice any party.

CRAIG K. PERRY & ASSOCIATES

By: /s/ Max S. Morgan
CRAIG P. PERRY, ESQ.
Nevada Bar No. 3786
2300 W. Sahara Ave., #800
Las Vegas, NV 89102

ERIC H. WEITZ, ESQ.
*Pro Hac Vice Forthcoming*
MAX S. MORGAN, ESQ.
*Admitted Pro Hac Vice*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102

CHRIS R. MILTENBERGER, ESQUIRE
*Pro Hac Vice Forthcoming*
THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
*Attorney for Plaintiff*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: Eric D. Walther
PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Britney Gaitan*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/14/2024

- 2 -

28399239.1