Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Eric D. Walther, Esq.
Nevada Bar No. 13611
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
ewalther@bhfs.com

*Attorneys for Britney Gaitan*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,<br><br>Defendants. | Case No. 2:23-cv-00920-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR MS. GAITAN TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(Second Request)** |

## **STIPULATION**

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Defendant Britney Gaitan and Plaintiff Wayan Garvey ("Plaintiff") hereby stipulated and agreed as follows:

1. Plaintiff commenced this action on June 12, 2023. ECF No. 1.

2. On September 14, 2023, Plaintiff filed an amended complaint. ECF No. 25

3. On September 19, 2023, Ms. Gaitan moved to dismiss Plaintiff's amended complaint. ECF No. 28.

4. On April 26, 2024, the Court denied Ms. Gaitan's motion to dismiss the amended complaint. ECF No. 49.

5. On May 10, 2024, the parties submitted a stipulation to extend the time for Ms. Gaitan to answer the amended complaint to May 31, 2024 [ECF No. 51], which was granted on

28931383.1

May 14, 2024 [ECF No. 52].

6. Due to unforeseen scheduling conflicts and travel of Ms. Gaitan's counsel, the parties agree that Ms. Gaitan shall have up to and including June 14, 2024, to answer the amended complaint.

7. This is the second time Ms. Gaitan has requested an extension to respond to Plaintiff's amended complaint. Ms. Gaitan was granted two prior extensions to respond to Plaintiff's original complaint prior to Plaintiff filing his amended complaint. ECF No. 18; ECF No. 12.

8. The requested extension is not intended to cause any delay or to prejudice any party.

| CRAIG K. PERRY & ASSOCIATES | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ Chris R. Miltenberger <br> CRAIG P. PERRY, ESQ. <br> Nevada Bar No. 3786 <br> 2300 W. Sahara Ave., #800 <br> Las Vegas, NV 89102 | By: Eric D. Walther <br> PATRICK J. REILLY, ESQ. <br> Nevada Bar No. 6103 <br> ERIC D. WALTHER, ESQ. <br> Nevada Bar No. 13611 <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 |
| ERIC H. WEITZ, ESQ. <br> *Pro Hac Vice Forthcoming* <br> MAX S. MORGAN, ESQ. <br> *Admitted Pro Hac Vice* <br> THE WEITZ FIRM, LLC <br> 1515 Market Street, #1100 <br> Philadelphia, PA 19102 | *Attorneys for Britney Gaitan* |
| CHRIS R. MILTENBERGER, ESQUIRE <br> *Pro Hac Vice Forthcoming* <br> THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC <br> 1360 N. White Chapel, Suite 200 <br> Southlake, Texas 76092-4322 <br> *Attorney for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/3/2024

- 2 -

28931383.1