# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Wayan Garvey, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Keller Williams Realty, Inc. and Britney Gaitan,<br><br>Defendants. | Case No. 2:23-cv-00920-APG-DJA<br><br>**Order** |

Before the Court is the parties' proposed discovery plan and scheduling order. (ECF No. 61). The parties request a 469-day discovery period, explaining that discovery will involve voluminous data and third party discovery. However, the Court does not find this explanation sufficient to warrant such a long discovery period, especially considering that the typical discovery period is 180 days. The Court thus grants in part and denies in part the stipulation. It denies it in part regarding the portions it outlines below and grants it in part in all other respects.

The Court denies the parties' proposed schedule and instead limits them to a 365-day discovery plan as outlined below. The Court also denies the parties' proposed briefing schedule for Plaintiff's class certification motion. This is because, typically, the judge deciding any particular motion also decides any related motions to extend briefing schedule. Unless the assigned district judge decides to refer the motion for class certification, the undersigned magistrate judge will not decide that motion. *See* 28 U.S.C. § 636(b)(1)(A). Additionally, motions to extend briefing schedule deadlines require particular showings under Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, which showings the parties do not make here.

///

///

///

**IT IS THEREFORE ORDERED** that the stipulated discovery plan (ECF No. 61) is **granted in part and denied in part.** The following deadlines shall govern discovery:

| | |
|---|---|
| Amend pleadings/add parties: | September 18, 2024 |
| Class certification expert disclosures: | November 4, 2024 |
| Class certification rebuttal expert disclosures: | December 2, 2024 |
| Class certification motion: | December 16, 2024 |
| Liability expert disclosures: | April 14, 2025 |
| Liability rebuttal expert disclosures: | May 12, 2025 |
| Discovery cutoff: | June 16, 2025 |
| Dispositive motions: | July 14, 2025 |
| Pretrial order: | August 11, 2025 |

DATED: August 1, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE