UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,<br><br>Defendants. | Case No.:   2:23-cv-00920-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT KELLER WILLIAMS TO FILE RENEWED MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

     Plaintiff WAYAN GARVEY ("Plaintiff"), by and through his counsel Craig K. Perry, Esq. of CRAIG K. PERRY & ASSOCIATES, Chris R. Miltenberger, Esq. of THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC, and Eric H. Weitz, Esq. and Max S. Morgan, Esq. of THE WEITZ FIRM LLC, and Defendant KELLER WILLIAMS REALTY, INC., by and through its counsel Michael Ayers, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. and Todd P. Stelter, Esq. of HINSHAW & CUBLERSTON LLP ("KWRI"), hereby stipulate as follows:

     1.    On May 2, 2024, the Court entered its Order Denying KWRI's Motion to Dismiss Without Prejudice Pending jurisdictional Discovery (ECF No. 50).

     2.    In the May 2, 2024, Order, the Court granted Plaintiff an additional ninety (90) days from the date of thereof within which to conduct jurisdictional discovery, until July 31, 2024 (ECF No. 50).

     3.    In the May 2, 2024, Order, the Court also granted KWRI twenty-one (21) days from the date of the expiration of the jurisdictional discovery period date of July 31, 2024, within which to file a renewed motion to dismiss, until August 21, 2024 (ECF No. 50).

     4.    On July 30, 2023, the Court entered its Order (ECF No. 63) granting in part and

denying in part the Stipulated Protective Order (ECF No. 60).

5. On July 31, 2024, the Court entered its Order granting Plaintiff forty-two (42) additional days from the date the Court issued an order with respect to the Stipulated Protective Order within which to conduct jurisdictional discovery, until September 10, 2024 (ECF No. 64).

6. In the July 31, 2024, Order, the Court granted KRWI twenty-one (21) additional days following the expiration of the extended jurisdictional discovery period to file its renewed Motion to Dismiss, until October 1, 2024 (ECF 64).

7. KRWI's counsel unexpectedly had to attend a wake and funeral of a family member this week and also was required to travel to and from Minnesota for a court-ordered private mediation in a case in the United States District Court for the District of Minnesota

8. As a result of these unexpected events, KRWI requested Plaintiff to allow it one (1) additional week within which to file its renewed Motion to Dismiss, until October 8, 2024.

9. Accordingly, Plaintiff and KRWI hereby stipulate to extend KRWI's deadline to file its renewed Motion to Dismiss in this matter until and including October 8, 2023.

This first request for extension of time for KRWI to file its renewed Motion to Dismiss is being made in good faith and not for the purpose of undue delay. No further extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 1st day of October, 2024.                    DATED this 1st day of October, 2024.

**CRAIG K. PERRY & ASSOCIATES**                         **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/ Craig K. Perry                                   By: /s/ Michael Ayers
    Craig K. Perry, Esq.                                    Michael Ayers, Esq.
    Nevada Bar No. 3786                                     Nevada Bar No. 10851
    2300 W. Sahara Ave., #800                               3740 Lakeside Dr., Ste. 202
    Las Vegas, NV 89102                                     Reno, NV 89509
    Tele: 702-228-4777                                      Tele: 775-322-4697
    *Attorneys for Plaintiff"*                              *Attorneys for Defendant*
    WAYAN GARVEY                                            KELLER WILLIAMS REALTY, INC.

DATED this 1st day of October, 2024.

**HINSHAW & CULBERTSON LLP**

By: /s/ Todd P. Stelter
    Todd P. Stelter, Esq.
    *Admitted Pro Hac Vice*
    151 N. Franklin St., Ste. 2500
    Chicago, IL 60606
    Tele: 312-704-3966
    *Attorneys for Defendant*
    KELLER WILLIAMS REALTY, INC.

## ORDER

The **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT KELLER WILLIAMS TO FILE RENEWED MOTION TO DISMISS** up to and including October 8, 2024, is so ORDERED AND ADJUDGED.

DATED: October 2nd, 2024

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System and through that service, a copy was sent with e-notice to all parties.

Dated: September 27, 2024

                                                    */s/ Christine L. Miller*  
                                                    An Employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A.