# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC. and BRITNEY GAITAN,<br><br>Defendants. | Case No.:   2:23-cv-00920-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT KELLER WILLIAMS' RENEWED MOTION TO DISMISS (ECF NO. 71)**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff WAYAN GARVEY ("Plaintiff") by and through his counsel Craig K. Perry, Esq. of CRAIG K. PERRY & ASSOCIATES, Chris R. Miltenberger, Esq. of THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC, and Max S. Morgan, Esq. of THE WEITZ FIRM LLC, and Defendant KELLER WILLIAMS REALTY, INC., by and through its counsel Michael Ayers, Esq., Clark Vellis, Esq. and Lauren Calvert, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. and Todd P. Stelter, Esq. of HINSHAW & CUBLERSTON LLP ("KELLER WILLIAMS"), hereby stipulate as follows:

1. On October 8, 2024, Keller Williams filed its Renewed Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (ECF No. 71).

2. Plaintiff's response is due on October 22, 2024.

3. Plaintiff's counsel had unexpected personal matters to which he attended last week.

4. As a result, Plaintiff has requested and Keller Williams agrees to allow Plaintiff 14 additional days to respond to the Renewed Motion to Dismiss.

STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO RENEWED MOTION TO DISMISS - 1

5. Accordingly, Plaintiff and Keller Williams hereby stipulate to extend Plaintiff's deadline to file Plaintiff's response to Keller Williams' Renewed Motion to Dismiss in this matter until and including November 5, 2024.

This first request for Extension of Time for Plaintiff to file its response to Keller Williams' Renewed Motion to Dismiss is being made in good faith and not for the purpose of undue delay. No further extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 21st day of October, 2024.          DATED this 21st day of October, 2024.

| **The Law Office of Chris R. Miltenberger, PLLC** | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.** |
|---|---|
| By: */s/ Chris R. Miltenberger*<br>Chris R. Miltenberger, Esquire<br>The Law Office of Chris R. Miltenberger, PLLC<br>1360 N. White Chapel, Suite 200<br>Southlake, Texas 76092-4322<br>817-416-5060 (office)<br>817-416-5062 (fax)<br>chris@crmlawpractice.com | Michael Ayers, Esq.<br>Nevada Bar No. 10851<br>3740 Lakeside Dr., Ste. 202<br>Reno, NV 89509<br>Tele: 775-322-4697<br>*Attorneys for Defendant*<br>*KELLER WILLIAMS REALTY, INC.* |
| | By: */s/ Todd P. Selter*<br>Todd P. Stelter, Esq.<br>*Admitted Pro Hac Vice* |
| Craig K. Perry, Esq.<br>Nevada Bar No. 3786<br>2300 W. Sahara Ave., #800<br>Las Vegas, NV 89102<br>Tele: 702-228-4777 | 151 N. Franklin St., Ste. 2500<br>Chicago, IL 60606<br>Tele: 312-704-3966<br>*Attorneys for Defendant*<br>*KELLER WILLIAMS REALTY, INC.* |
| Max S. Morgan, Esquire<br>THE WEITZ FIRM, LLC<br>1515 Market Street, #1100<br>Philadelphia, PA 19102<br>Tel: (267) 587-6240<br>Fax: (215) 689-0875<br>max.morgan@theweitzfirm.com | |
| *Attorneys for Plaintiff*<br>    *WAYAN GARVEY* | |

STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO RENEWED MOTION TO DISMISS - 2

## ORDER

The **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT KELLER WILLIAMS' RENEWED MOTION TO DISMISS,** up to and including November 5, 2024, is so ORDERED AND ADJUDGED.

DATED:        October 22, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE