# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WAYAN GARVEY,

    Plaintiff

v.

KELLER WILLIAMS REALTY, INC., et al.,

    Defendants

Case No.: 2:23-cv-00920-APG-DJA

**Order Denying Motion to Dismiss as Moot**

[ECF No. 71]

In light of the plaintiff's voluntary dismissal of defendant Keller Williams Realty, Inc. (ECF No. 75),

I ORDER that defendant Keller Williams Realty, Inc.'s motion to dismiss **(ECF No. 71) is DENIED as moot**.

DATED this 2nd day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE