1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Melissa Saragosa-Stratton, No. 7295
   Sihomara L. Graves, No. 13239
3  1980 Festival Plaza Drive, Suite 650
   Las Vegas, Nevada 89135
4  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
5  Email: rmccoy@kcnvlaw.com
   Email: msaragosa-stratton@kcnvlaw.com
6  Email: sgraves@kcnvlaw.com

7  Attorneys for Defendant Britney Gaitan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC.; and BRITNEY GAITAN,<br><br>Defendants. | Case No. 2:23-cv-00920-APG-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL (ECF NO. 87)**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1 and 6-2, and LR 7-1, plaintiff Wayan Garvey ("Plaintiff") and defendant Britney Gaitain ("Defendant") stipulate to extend the time for Defendant to oppose Plaintiff's Motion for Class Certification and Appointment of Class Counsel and Supporting Memorandum of Points and Authorities (ECF No. 87) ("Motion") by two weeks, from August 18, 2025 until September 1, 2025.

1  This is the first requested extension of this deadline. Defendant
2  requests this extension to accommodate a surgery that one of her counsel, Robert
3  McCoy, underwent on August 11, 2025. Plaintiff graciously agreed to the extension
4  to accommodate his recovery. Defendant submits this constitutes good cause under
5  Fed. R. Civ. P 6(b)(1)(A) and LR IA 6-1 for modest extension.

| THE WEITZ FIRM, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ Max S. Morgan | *[signature]* |
| Max S. Morgan *(pro hac vice)* | Robert McCoy, No. 9121 |
| 1515 Market Street, Suite 100 | Melissa Saragosa-Stratton, No. 7295 |
| Philadelphia, Pennsylvania 19102 | Sihomara L. Graves, No. 13239 |
|  | 1980 Festival Plaza Drive, Suite 650 |
| CRAIG K. PERRY & ASSOCIATES | Las Vegas, Nevada 89135 |
| Craig K. Perry, No. 3786 |  |
| 6210 North Jones Blvd., Unit 753907 | Attorneys for Defendant Britney Gaitan |
| Las Vegas, Nevada 89136 |  |

THE LAW OFFICE OF CHRIS R.
MILTENBERGER, PLLC
Chris R. Miltenberger *(pro hac vice)*
1360 North White Chapel, Suite 200
Southlake, Texas 76092

Attorneys for Plaintiff
Wayan Garvey

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 19, 2025