Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>    v.<br><br>BRITNEY GAITAN,<br><br>        Defendant. | Civil Case No.: 2:23-cv-00920-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY**<br><br>**(FIRST REQUEST)** |

Pursuant to Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1 and 6-2, and LR 7-1, Plaintiff Wayan Garvey ("Mr. Garvey" or "Plaintiff") and Defendant Britney Gaitan ("Gaitan") by and through their respective counsel of record, stipulate to extend the time for Plaintiff to file a Reply Brief in response to Defendant's opposition (ECF No. 90) to Plaintiff's Motion for Class Certification and Appointment of Class Counsel and Supporting Memorandum of Points and Authorities (ECF No. 87) ("Motion") by 7 days from September 9, 2025 to September 16, 2025.

This is the first requested extension of this deadline. Plaintiff requests this extension to accommodate the personal schedule of one of his counsel, Chris R. Miltenberger. Defendant graciously agreed to the extension. Plaintiff submits this constitutes good cause under Fed. R. Civ. P 6(b)(1)(A) and LR IA 6-1 for modest extension.

Dated: September 3, 2025                               Respectfully submitted,

*/s/ Chris R. Miltenberger*
Chris R. Miltenberger
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520

cperry@craigperry.com

-and-

*/s/ Melissa A. Saragosa-Stratton*
Melissa A. Saragosa-Stratton, No. 7295
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
*Email: rmccoy@kcnvlaw.com*
*Email: sgraves@kcnvlaw.com*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTIRCT JUDGE

DATED: __September 5, 2025_____

**CERTIFICATE OF SERVICE**

I certify that on the date below I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

BY:   */s/Chris R. Miltenberger*
      Chris R. Miltenberger