Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com
*Subject to Pro Hac Vice*

Eric H. Weitz, Esquire
Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com
*Subject to Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> BRITNEY GAITAN, <br><br> Defendant. | Civil Case No.: 2:23-cv-00920-APG-DJA <br><br> **STIPULATION AND ORDER FOR STAY PENDING MEDIATION** <br><br> *FIRST REQUEST* |

Plaintiff Wayan Garvey ("Mr. Garvey" or "Plaintiff") and Defendant Britney Gaitan ("Gaitan") by and through their respective counsel of record, hereby stipulate and agree, and jointly move the Court, to stay all discovery and all pretrial deadlines in this action pending mediation. In support thereof, the Parties state as follows:

1.  On March 13, 2026, the Court granted Plaintiff's motion for class certification and appointment of class counsel and certified the following class:

> All persons throughout the United States or its territories (1) to whom Defendant placed, or caused to be placed, a call, (2) directed to a number assigned to a cellular telephone service when the number was called and was not ported, or if ported, had not been ported within fifteen (15) days of the call, (3) in connection with which Defendant used an artificial or prerecorded voice, (4) on May 3, 2023 and/or May 16, 2023.

ECF No. 96 at 19.

2.  Following class certification, the Parties engaged in settlement discussions and agreed to engage in private mediation in an attempt to resolve the matter on a class-wide basis. The Parties have agreed to engage Hon. David E. Jones (ret.) of Resolute Systems, LLC and are scheduled to mediate the case on May 21, 2026.

3.  Discovery is scheduled to close on April 30, 2026. Dispositive motions are currently due on May 29, 2026. The Pretrial Order and Pretrial Disclosures are due on June 29, 2026 unless dispositive motions are filed.

4.  With respect to remaining discovery, the Parties intend to conduct one expert deposition each. In addition, Defendant intends to conduct Plaintiff's deposition. Plaintiff was also in the process of preparing class notice documents to submit to the Court for approval pursuant to Fed. R. Civ. P. 23(c)(2). The Parties will also likely file cross motions for summary judgment.

1

STIPULATION AND ORDER FOR STAY PENDING MEDIATION
CASE NO. 2:23-cv-00920-APG-DJA

5.      Good cause supports this stipulation because efficiency and judicial economy would be promoted by staying discovery until the Parties mediate.  Postponing discovery until after the mediation will allow the Parties to conserve time and resources and direct such resources toward settling the action.  A stay will also conserve the resources related to the forthcoming class notice.  If the case settles, the Parties will issue one notice directed to the settlement of the certified class, rather than two notices.  A stay pending mediation may also moot the need for the Parties to draft dispositive motions and for the Court to rule on the same.  For these reasons, the Parties respectfully request that this Court stay discovery and all pretrial deadlines pending the Parties' forthcoming mediation.

6.      The Parties will submit a Status Report within five (5) business days of the conclusion of the mediation to apprise the court of the mediation's outcome.  If the mediation is not successful, the Parties agree to submit a new proposed discovery and scheduling order within two weeks of the mediation.

7.      This stipulation is the Parties' first request to stay discovery and has been submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

WHEREFORE, for the foregoing reasons, the Parties jointly and respectfully request that this Court enter an order staying all proceeding sin this matter pending mediation.

Dated: April 8, 2026                    Respectfully submitted,

/s/ Craig K. Perry _____
Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777

2

STIPULATION AND ORDER FOR STAY PENDING MEDIATION
CASE NO. 2:23-cv-00920-APG-DJA

Facsimile: (702) 943-7520
cperry@craigperry.com

Chris R. Miltenberger, Esquire*
The Law Office of Chris R. Miltenberger,
PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com
Subject to Pro Hac Vice

Max S. Morgan, Esquire*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*Subject to Pro Hac Vice

/s/Melissa A. Saragosa-Stratton_____
Melissa A. Saragosa-Stratton, No. 7295
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___4/9/2026_____

3

STIPULATION AND ORDER FOR STAY PENDING MEDIATION
CASE NO. 2:23-cv-00920-APG-DJA

## CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

BY:    */s/ Tyrin Kanemeier*_____
Employee of Craig K. Perry & Associates

STIPULATION AND ORDER FOR STAY PENDING MEDIATION
CASE NO. 2:23-cv-00920-APG-DJA

 Outlook

---

## RE: Garvey v. Gaitan - Settlement Communication SUBJECT TO FRE 408

---

**From** Melissa Saragosa-Stratton <MSaragosa-Stratton@kcnvlaw.com>

**Date** Wed 4/8/2026 10:19 AM

**To** Max Morgan <max.morgan@theweitzfirm.com>

**Cc** 'Chris Miltenberger' <chris@crmlawpractice.com>; Craig Perry <cperry@craigperry.com>; Desiree Endres <DEndres@kcnvlaw.com>; Tyrin Kanemeier <tyrin@craigperry.com>

Max,

Looks good.  You may use my electronic signature and file.

Melissa



Melissa Saragosa-Stratton
Of Counsel
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel:  (702) 792-7000
Fax:  (702) 796-7181
Email: msaragosa-stratton@kcnvlaw.com

| BIO | WEBSITE | VCARD |

This email may contain information that is confidential or protected by the attorney-client privilege.   If you received it in error, please notify the sender immediately..

---

**From:** Max Morgan <max.morgan@theweitzfirm.com>
**Sent:** Wednesday, April 8, 2026 10:14 AM
**To:** Melissa Saragosa-Stratton <MSaragosa-Stratton@kcnvlaw.com>
**Cc:** 'Chris Miltenberger' <chris@crmlawpractice.com>; Craig Perry <cperry@craigperry.com>; Robert McCoy <RMcCoy@kcnvlaw.com>; Desiree Endres <DEndres@kcnvlaw.com>; Tyrin Kanemeier <tyrin@craigperry.com>
**Subject:** RE: Garvey v. Gaitan - Settlement Communication SUBJECT TO FRE 408

Here is the revised draft.  If this is OK with you, I will have Craig file it today.

Max