Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WAYAN GARVEY, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> BRITNEY GAITAN, <br><br> Defendant. | Civil Case No.: 2:23-cv-00920-APG-DJA <br><br> **STIPULATION TO ENTER DISCOVERY SCHEDULING ORDER AFTER STAY FOR MEDIATION** |

1

JOINT REPORT REGARDING MEDIATION
CASE NO. 2:23-CV-00920-APG-DJA

Plaintiff Wayan Garvey ("Garvey") and Defendant Britney Gaitan ("Gaitan") (collectively referred to herein as the "Parties") stipulate to the entry of the following discovery schedule, pursuant to the requirements of the Order for Stay Pending Mediation [Doc 99] entered April 9, 2026.  In support of this stipulation, the parties stateas follows:

1. On March 3, 2026 the Court entered its Order granting class certification. [Doc 99]

2. Following class certification, the Parties engaged in settlement discussions and agreed to engage in private mediation in an attempt to resolve the matter on a class-wide basis. The Parties engaged Hon. David E. Jones (ret.) of Resolute Systems, LLC.  The mediation was conducted on May 22, 2026. The case did not settle that day.

3. The mediator made a proposal and gave the Parties until May 30, 2026, to respond. The Mediator's Proposal was not accepted by both Parties and the case did not settle.

4. Plaintiff is required to provide notice to the class members regarding the certification of the class and their option to opt out if they desire to do so. Plaintiff expects to have the notice prepared and submitted to the Court for approval within 30 days. After Court approval and the notice is sent, the class members will have approximately 60 days to opt out of the class.

5. At the end of the opt out period, the Parties anticipate filing summary judgment motions. The Parties request that the summary judgment date is set as approximately 50 days after the conclusion of the opt out period.

6. The Parties will engage in limited discovery prior to the motion for summary judgment date.

7. After the motions for summary judgment have been ruled upon by the Court, if necessary the Parties will request a trial date from the Court.

8. The parties therefore request the entry of the following schedule for the remainder of the case:

    a. Class Notice to Be Given:        August 28, 2026

    b. Opt Out Deadline:        October 30, 2026

JOINT REPORT REGARDING MEDIATION
CASE NO. 2:23-CV-00920-APG-DJA

|   |   |   |
|---|---|---|
| c. | Close of Discovery: | November 27, 2026 |
| d. | Dispositive Motion Deadline: | December 18, 2026 |
| e. | Joint Pretrial Order Deadline: | January 18, 2027 (unless dispositive motions are filed) |

**Local Rule 26-3 Requirements**

**(a) DISCOVERY COMPLETED**

1. Plaintiff served his Requests for Production and First Set of Interrogatories on Defendant Gaitan on May 14, 2024.

2. Defendant Gaitan responded to Plaintiff's Requests for Production and First Set of Interrogatories on June 28, 2024.

3. Defendant Gaitan served her Initial Disclosures on June 28, 2024.

4. Plaintiff served his initial disclosures on July 9, 2024.

5. Defendant Gaitan served her First Supplemental Disclosure on October 16, 2024.

6. On July 26, 2024, the parties filed a Request for Order to Enter Stipulated Protective Order. [ECF No. 60].

7. On July 30, 2024, the Court granted in part and denied in part the parties Stipulated Protective Order. [ECF No. 63].

8. On October 16, 2024, Plaintiff took the deposition of Defendant Gaitan. Following Defendant Gaitan's deposition, Mr. Garvey issues subpoenas *duces tecum* to (i) HighLevel, Inc. (the software platform that Ms. Gaitan used to send the messages at issue); (ii) Kai Data, LLC (a lead vendor used by Ms. Gaitan); (iii) RedX, LLC (a lead vendor used by Ms. Gaitan); and (iv) Twilio, Inc. (a telecommunications provider that likely is in possession of calling and text message detail records).

**(b) DISCOVERY REMAINING TO BE COMPLETED**

1. Defendant may take the deposition of the named Plaintiff and Plaintiff's expert.

2. Plaintiff may take the deposition of Defendant's expert.

**(c) REASONS WHY MORE TIME IS NEEDED**

-4-

The matter was stayed pursuant to the Court's order pending mediation.    Now that mediation has concluded, the Court's stay order contemplates this remaining discovery.  In addition, notice of class certification is required to be given to the Class and the Parties need the additional discovery to file their respective motions for summary judgment.

SIGNATURES OF COUNSEL FOLLOWING ORDER TO COMPLY WITH LR

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:    6/17/2026

Dated: June 5, 2026                    Respectfully submitted,

*/s/ Chris R. Miltenberger*
Chris R. Miltenberger
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

-4-

JOINT REPORT REGARDING MEDIATION
CASE NO. 2:23-CV-00920-APG-DJA

Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com


-and-

*/s/ Robert McCoy*

Robert McCoy, No. 9121
*MC Law Nevada*
*1775 Village Center Circle, Suite 110*
*Las Vegas, NV 89134O*
*702-570-5435*
 *rob@mclawnevada.com*

-4-

JOINT REPORT REGARDING MEDIATION